| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Papalia , Vincent F. | 2. Court or Organization<br><br>United States Bankruptcy Court for District of New Jersey | 3. Date of Report<br><br>08/03/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

M.L. King Jr. Federal Bldg.
50 Walnut Street
Newark, NJ 07102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Executor | Estate No. 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/2015 | Saiber LLC - Return of Capital - Bi-Weekly payments over 2 years, no control |
| 2. 1/1/2015 | Saiber LLC - Retirement Benefit - Bi-Weekly payments over 5 years, no control |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia , Vincent F. | 08/03/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Saiber L.L.C. - Payment of Retirement Benefit (see Part II) | $25,540.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Ramapo College - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eastern District of PA Bankruptcy Conference | Jan. 21-22, 2016 | Atlantic City, NJ | Speaker | Transporation, Meals, Hotel, Conference Registration |
| 2. | BY Intellectual Property Law Association (NYIPLA) | April 1, 2016 | New York, NY | 94th Annual Dinner in Honor of Federal Judiciary | Transportation, Meals |
| 3. | American Bankruptcy Institute (ABI) | August 4-6, 2016 | Cambridge, MD | 12th Annual Mid-Atlantic Bankruptcy Workshop/ Speaker | Transporation, Meals, Hotel, Conference Registration |
| 4. | National Conference of Bankruptcy judges (NCBJ) | October 27-29, 2016 | San Francisco, CA | Annual Meeting | Hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia , Vincent F. | 08/03/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PNC | Mortgage (Rental Property #1) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia , Vincent F. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC BANK ACCOUNT | A | Interest | L | T | | | | | |
| 2. RENTAL PROPERTY #1 SEASIDE PARK, NJ | D | Rent | N | R | | | | | |
| 3. BROKERAGE ACCT #1 (H) | | | | | | | | | |
| 4. FIDELITY GOVT MONEY MKT CAP. RESERVES | A | Int./Div. | J | T | | | | | |
| 5. FPA CRESCENT FUND | | None | | | Sold | 07/28/16 | K | A | |
| 6. LORD ABBETT MULTI ASSET INCOME FUND F | B | Int./Div. | K | T | Sold (part) | 08/01/16 | J | | |
| 7. BLACKROCK MULTI ASSET INCOME PORT A | B | Int./Div. | K | T | Sold (part) | 08/01/16 | J | | |
| 8. PUBLIC SERVICE ENTERPRISE GROUP | B | Dividend | K | T | | | | | |
| 9. EVERSOURCE ENERGY COM | | None | K | T | | | | | |
| 10. IRA #1 (H) | | | | | | | | | |
| 11. FIDELITY GOVT MONEY MKT CAP. RESERVES | A | Int./Div. | K | T | | | | | |
| 12. FPA CRESCENT FUND | | None | | | Sold | 07/11/16 | K | A | |
| 13. LORD ABBETT FLOATING RATE INC FD | A | Dividend | K | T | Buy | 07/28/16 | K | | |
| 14. LORD ABBETT GROWTH LEADERS FUND F | | None | K | T | | | | | |
| 15. VANGUARD BALANCED INDEX INVESTOR | B | Dividend | L | T | | | | | |
| 16. VANGUARD HEALTH CARE INVESTOR (X) | B | Dividend | K | T | | | | | |
| 17. AMFUNDS AMERICAN BALANCED F1 | B | Dividend | L | T | Sold (part) | 07/13/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia , Vincent F. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PIMCO INCOME FUND CL A (X) | B | Dividend | K | T | | | | | |
| 19. LEVEL 3 COMM (Y) | | | | | | | | | |
| 20. NEONODE | | None | | | Sold | 07/13/16 | J | | |
| 21. BROKERAGE ACCT #2 (H) | | | | | | | | | |
| 22. FIDELITY GOVT. MONEY MKT CAP. RESERVES | A | Int./Div. | K | T | | | | | |
| 23. FPA CRESCENT FUND | B | Int./Div. | K | T | Sold (part) | 10/26/16 | J | | |
| 24. BLACKROCK MULTI ASSET INCOME PORT A | B | Int./Div. | K | T | | | | | |
| 25. PIMCO INCOME FUND A | B | Int./Div. | K | T | | | | | |
| 26. LORD ABBETT HIGH YIELD FD CL F | A | Dividend | K | T | Buy | 03/29/16 | J | | |
| 27. | | | | | Buy (add'l) | 05/16/16 | J | | |
| 28. | | | | | Sold (part) | 10/27/16 | J | | |
| 29. IRA #2 (H) | | | | | | | | | |
| 30. WELLS FARGO BANK DEPOSIT SWEEP | A | Interest | J | T | | | | | |
| 31. AT&T (T) | A | Dividend | J | T | | | | | |
| 32. ALTRIA GROUP (MO) | A | Dividend | J | T | | | | | |
| 33. AXA-ADR (AXAHY) | A | Dividend | J | T | Buy | 08/03/16 | J | | |
| 34. BANK OF AMERICA CORP (BAC) | A | Dividend | J | T | Buy | 09/26/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia , Vincent F. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BRISTOL MYERS SQUIBB (BMY) | A | Dividend | J | T | | | | | |
| 36. CATERPILLAR (CAT) | A | Dividend | J | T | | | | | |
| 37. CHEMOURS CO. (CC) | | None | | | Sold | 09/26/16 | J | A | |
| 38. DU PONT (DD) | | None | | | Sold | 02/17/16 | J | A | |
| 39. EXXON MOBIL (XOM) | | None | | | Sold | 08/03/16 | J | B | |
| 40. FORD MOTOR COMPANY (F) | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 41. GILEAD SCIENCES INC NEW (GILD) | A | Dividend | J | T | Buy | 08/03/16 | J | | |
| 42. HOME DEPOT (HD) | A | Dividend | J | T | | | | | |
| 43. INTEL CORP (INTC) | A | Dividend | J | T | Sold (part) | 08/03/16 | J | A | |
| 44. MERCK & CO (MRK) | A | Dividend | J | T | | | | | |
| 45. PHILIP MORRIS (PM) | A | Dividend | J | T | | | | | |
| 46. PROCTOR & GAMBLE (PG) | A | Dividend | J | T | | | | | |
| 47. SUBRUBAN PROPAN (SPH) | A | Dividend | J | T | | | | | |
| 48. TRANSOCEAN LTD (RIG) | | None | J | T | | | | | |
| 49. VALLEY NATIONAL (VLY) | A | Dividend | J | T | | | | | |
| 50. IRA #3 (H) | | | | | | | | | |
| 51. AMERICAN BALANCED A | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia , Vincent F. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. VICAL INC (Y) | | | | | | | | | |
| 53. 529 PLAN (H) | | | | | | | | | |
| 54. FRANKLIN TEMPLETON GROWTH ALLOCATION C | A | Int./Div. | | | Buy (add'l) | 01/05/16 | J | | |
| 55. | | | | | Sold (part) | 01/26/16 | J | | |
| 56. | | | | | Buy (add'l) | 02/05/16 | J | | |
| 57. | | | | | Sold (part) | 02/29/16 | J | | |
| 58. | | | | | Buy (add'l) | 03/07/16 | J | | |
| 59. | | | | | Sold (part) | 03/16/16 | J | | |
| 60. | | | | | Sold | 11/10/16 | J | | |
| 61. NJ ALTER BENE PROGRAM 401(A) #1 (H) | | | | | | | | | |
| 62. TIAA CREF MONEY MARKET R3 | A | Int./Div. | K | T | | | | | |
| 63. NJ ALTER BENE PROGRAM 401(A) #2 (H) | | | | | | | | | |
| 64. TIAA CREF MONEY MARKET R3 | A | Int./Div. | J | T | | | | | |
| 65. TIAA STABLE VALUE FUND | A | Int./Div. | J | T | Buy | 09/23/16 | J | | |
| 66. IRA #4 (H) | | | | | | | | | |
| 67. REGAL PRIME MONEY MKT FUND RESERVE (Y) | | | | | | | | | |
| 68. IRA #5 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia , Vincent F. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. REGAL PRIME MONEY MKT FUND RESERVE (Y) | | | | | | | | | |
| 70. IRA #6 (H) | | | | | | | | | |
| 71. Deutsche X Trackers MSCI (Common) (DBEU) | A | Dividend | J | T | Sold (part) | 03/15/16 | J | | |
| 72. | | | | | Sold (part) | 03/21/16 | J | | |
| 73. | | | | | Sold (part) | 07/05/16 | J | | |
| 74. Deutsche X Trackers MSCI EAFE (Common) (DBEF) | A | Dividend | J | T | Sold (part) | 07/05/16 | J | | |
| 75. Federated Strategic Value (SVALX) | A | Distribution | K | T | Buy | 07/06/16 | J | | |
| 76. Fidelity Advisor Strategic (FSILX) | A | Dividend | K | T | Buy | 07/06/16 | K | | |
| 77. First Trust Dorsey Wright (Common) (FV) | A | Dividend | J | T | Sold (part) | 07/05/16 | J | | |
| 78. First Trust Exchange Traded (Common) (HYLS) | A | Dividend | J | T | Sold (part) | 07/05/16 | J | | |
| 79. First Trust Preferred (Common) (FPE) | A | Dividend | J | T | Sold (part) | 07/05/16 | J | | |
| 80. Invesco Income Allocation Fund (ALAYX) | A | Dividend | K | T | Buy | 07/06/16 | K | | |
| 81. IShares 1 to 3 Treasury (Common) (SHY) | | None | | | Sold | 01/04/16 | J | | |
| 82. IShares 3 to 7 Treasury (Common) (IEI) | A | Dividend | J | T | Sold (part) | 07/05/16 | J | | |
| 83. IShares Core S&P 500 ETF (Common) (IVV) | A | Dividend | J | T | Buy (add'l) | 01/04/16 | J | | |
| 84. | | | | | Sold (part) | 01/12/16 | J | | |
| 85. | | | | | Sold (part) | 03/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia , Vincent F. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 87. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 88. | | | | | Sold (part) | 07/05/16 | J | | |
| 89. IShares Core S&P MidCap (Common) (IJH) | A | Dividend | J | T | Buy (add'l) | 03/15/16 | J | | |
| 90. | | | | | Sold (part) | 04/15/16 | J | | |
| 91. IShares IBoxx $ Investment (Common) (Symbol LQD) | A | Dividend | J | T | Buy (add'l) | 03/31/16 | J | | |
| 92. | | | | | Sold (part) | 07/05/16 | J | | |
| 93. IShares US Financial Svcs (Common) (IYG) | A | Dividend | J | T | Sold (part) | 03/31/16 | J | | |
| 94. IShares Core S&P (IJR) | A | Dividend | J | T | Buy (add'l) | 03/15/16 | J | | |
| 95. | | | | | Sold (part) | 07/05/16 | J | | |
| 96. IShares Core (GOVT) | A | Dividend | J | T | | | | | |
| 97. IShares JP Morgan USD (EMB) | A | Distribution | J | T | Buy | 03/31/16 | J | | |
| 98. | | | | | Sold (part) | 07/05/16 | J | | |
| 99. Select Sector SPDR Fund (Common) (XLY) (Y) | | | | | | | | | |
| 100. Select Sector SPDR Fund (Common) (XLK) | A | Dividend | J | T | Sold (part) | 07/05/16 | J | | |
| 101. Vanguard FTSE Developed (Common) (VEA) | A | Dividend | K | T | Sold (part) | 03/15/16 | J | | |
| 102. | | | | | Sold (part) | 03/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia , Vincent F. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 07/05/16 | J | | |
| 104. Vanguard FTSE Emerging (VWO) | A | Dividend | J | T | Buy (add'l) | 03/31/16 | J | | |
| 105. | | | | | Sold (part) | 07/05/16 | J | | |
| 106. Vanguard Short Term (VCSH) | A | Dividend | J | T | Sold (part) | 03/31/16 | J | | |
| 107. | | | | | Sold (part) | 07/05/16 | J | | |
| 108. Vanguard Total International ETF (BNDX) | A | Dividend | J | T | Sold (part) | 07/05/16 | J | | |
| 109. Washington Mutual INV Fund (WMFFX) | A | Dividend | K | T | Buy | 07/06/16 | K | | |
| 110. RBC Branch Sweep Program - Money Market | A | Dividend | J | T | | | | | |
| 111. SPDR (JNK) | A | Dividend | J | T | Buy (add'l) | 03/31/16 | J | | |
| 112. Ventas Inc. (Common) (VTR) (Y) | | | | | | | | | |
| 113. ESTATE #1 (H) | | | | | | | | | |
| 114. TD Bank Checking Account | A | Int./Div. | | | Distributed | 09/30/16 | L | | |
| 115. Morgan Stanley Money Market Fund | A | Interest | | | Distributed | 09/30/16 | J | | |
| 116. Five Star Quality Care | A | Dividend | | | Distributed | 09/30/16 | J | | |
| 117. Penn West Pete Ltd. | A | Dividend | | | Distributed | 09/30/16 | J | | |
| 118. Senior Housing Property Trust | A | Dividend | | | Distributed | 09/30/16 | J | | |
| 119. Apollo Investment Corp. | A | Dividend | | | Distributed | 09/30/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia , Vincent F. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Ares Capital Corp. | A | Dividend | | | Distributed | 09/30/16 | J | | |
| 121. Royal Globe Trust, Inc. | A | Dividend | | | Distributed | 09/30/16 | J | | |
| 122. Royal Value Trust, Inc. | A | Dividend | | | Distributed | 09/30/16 | J | | |
| 123. Dreyfus GNMA Fund | A | Dividend | | | Distributed | 09/30/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia , Vincent F. | 08/03/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 2: Purchased March 2005 for $590,000 (1/2 interest)

Part VII, lines 8 and 9: Transferred between accounts; see 2015, lines 400 and 401.

Part VII, line 19: Transferred between accounts; see 2015, line 79.

Part VII, line 20: Transferred between accounts; see 2015, line 80.

Part VII, lines 50 and 51: Combined accounts; see 2015, lines 49-52.

Part VII, line 52: Transferred between accounts; see 2015, line 83.

Part VII, line 54: Fund family added to description.

Part VII, lines 61 and 63: Separation into separate accounts; see 2015, line 72.

Part VII, lines 62 and 64: Name correction and separation into separate accounts; see 2015, line 73.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Vincent F. Papalia**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544